UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-cv-00926-FL

KENNY TRIPLETT, individually and on behalf of others similarly situated, )
)
)
Plaintiff, )
)
vs. )
)
ROOMS TO GO NORTH CAROLINA CORP., D/B/A ROOMS TO GO, R.T.G. FURNITURE CORP., D/B/A ROOMS TO GO, RTG AMERICA, LLC, THE JEFFREY SEAMAN 2009 ANNUITY TRUST, AND RETAIL MANAGEMENT SERVICES CORP. )
)
)
)
)
)
)
)
Defendants. )
_____ )

## ORDER

THIS CAUSE is before the Court on Plaintiff's Sealing Motion:

**WHEREAS,** Plaintiff has demonstrated that a portion of its Memorandum in Support of Plaintiff's Motion to Amend Complaint (ECF No. 22-1) contains confidential information pursuant to the parties' mediation agreement,

**THEREFORE,** it is **ORDERED AND ADJUDGED** that:

1. Plaintiffs' Sealing Motion is **GRANTED**;

2. Plaintiff's Memorandum in Support of Plaintiff's Motion to Amend Complaint (ECF No. 22-1) is sealed, and

3. Plaintiff may file a corrected version of its Memorandum in Support of Plaintiff's Motion to Amend Complaint with the confidential information redacted.

This __3rd__ day of March, 2017.

_____

Hon. Louise W. Flanagan

UNITED STATES DISTRICT COURT JUDGE