UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-cv-00926-FL

| | |
|---|---|
| KENNY TRIPLETT, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| ROOMS TO GO NORTH CAROLINA CORP., D/B/A ROOMS TO GO, R.T.G. FURNITURE CORP., D/B/A ROOMS TO GO, RTG AMERICA, LLC, THE JEFFREY SEAMAN 2009 ANNUITY TRUST, AND RETAIL MANAGEMENT SERVICES CORP. | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

ORDER

THIS CAUSE having come before the Court on the Parties' Joint Motion to Stay Proceedings, and the Court having considered the motion and other pertinent portions of the record, it is hereby ORDERED AND ADJUDGED that:

1. The Parties' Joint Motion to Stay Proceedings is GRANTED

2. This action is stayed.

3. Joint Report of the parties shall be filed with the court within 21 days hereof, if the appropriate dismissal paperwork is not already filed, indicating status the parties' settlment activities.

This 5th day of June, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge